AO 245B  (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>FRED WILLIAM LACAZE, | **JUDGMENT IN A CRIMINAL CASE**<br>CASE NUMBER:  03:07-CR-18-ECR-VPC<br>USM NUMBER:  11813-085 |
| **THE DEFENDANT:** | _Cheryl Field-Lang_<br>DEFENDANT'S ATTORNEY |

( X )  pled guilty to Superseding Information filed 9/16/09
(  )  pled nolo contendere to count(s) _____ which was accepted by the court.
(  )  was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Date Offense Ended | Count |
|---|---|---|---|
| 18:4 | Misprision of a Felony | March, 2002 | 1 |

The defendant is sentenced as provided in pages 2 through **5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

(  )  The defendant has been found not guilty on count(s) _____
(  )  Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**\*\*Each separate page is signed and dated
by the presiding Judicial Officer**

February 1, 2010
Date of Imposition of Judgment

_/s/ Edward C. Reed_
Signature of Judge

EDWARD C. REED, JR., SENIOR USDJ
Name and Title of Judge

Feb 2, 2010
Date

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
FEB - 2 2009
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

AO 245B   (Rev 09/08) Judgment in a Criminal Case
        Sheet 4 - Probation

| DEFENDANT: | LACAZE, FR ED WILLIAM | Judgment - Page __2__ |
|---|---|---|
| CASE NUMBER: | 03:07-CR-18-ECR | |

## PROBATION

The defendant is hereby sentenced to probation for a term of _____THREE (3) YEARS_____

The defendant shall not commit another federal, state, or local crime.
The defendant shall not unlawfully possess a controlled substance.  Revocation of supervision is mandatory for possession of illegal controlled substances. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court. Revocation is mandatory for refusal to comply.
OR
The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of the commencement of supervision and at least two periodic drug tests thereafter, not to exceed 104 drug tests annually.  Revocation is mandatory for refusal to comply.

( X )   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.
( X )   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.
( X )   The defendant shall cooperate in the collection of DNA as directed by the probation officer.
(   )   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. 16901, et seq.) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, or is a student, or was convicted of a qualifying offense.
(   )   The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### SEE ADDITIONAL SPECIAL CONDITIONS OF PROBATION ON PAGE 3
### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Dated this __2__ day of ~~January~~ Feb, 2010

_____
EDWARD C. REED, JR., SENIOR USDJ

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
         Sheet 3 - Supervised Release

| | | |
|---|---|---|
| DEFENDANT: | LACAZE, FRED WILLIAM | Judgment - Page  3 |
| CASE NUMBER: | 03:07-CR-18-ECR | |

## SPECIAL CONDITIONS OF SUPERVISION

1. Possession of Illegal Controlled Substance - Defendant shall not possess illegal controlled substances.

2. Possession of Weapon - Defendant shall not possess, have under his control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state or local law.

3. Warrantless Search - To ensure compliance with all conditions of release, the defendant shall submit to the search of his person, and any property, residence, or automobile under his control by the probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant, at a reasonable time, and in a reasonable manner. Provided, however, defendant shall be required to submit to any such search only if the probation officer has reasonable suspicion to believe defendant has violated a condition or conditions of release.

4. Restitution Obligation - Defendant shall make restitution to Bank of America in the amount of $91,942.00, pursuant to a payment schedule to be determined by the probation officer. Restitution shall be paid at a rate of no less than ten percent (10%) of gross wages while on supervised release, subject to adjustment based on the ability to pay.

5. Mental Health Treatment - Defendant shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, and/or out-patient counseling, as approved and directed by the probation officer. Defendant shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in mental health treatment. Further, the defendant shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer, based upon defendant's ability to pay. Defendant shall be permitted to complete the present VA program for mental health treatment, in which he is currently enrolled.

6. Debt Obligation - Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts, without the approval of the probation officer.

7. Access to Financial Information - Defendant shall provide the probation officer access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business financial information in which the defendant has a control or interest.

8. True Name - Defendant shall use his true name at all times and will be prohibited from the use of any aliases, false dates of birth, social security numbers, places of birth, and any other pertinent demographic information.

Dated this  2  day of ~~January~~ Feb, 2010

EDWARD C. REED, JR., SENIOR USDJ

AO 245B   (Rev 09/08) Judgment in a Criminal Case
    Sheet 5 - Criminal Monetary Penalties

DEFENDANT:   LACAZE, FRED WILLIAM                          Judgment - Page 4
CASE NUMBER: 03:07-CR-18-ECR

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | $100.00<br>Due and payable immediately. | $ | $91,942.00 |

( )   On motion by the Government, IT IS ORDERED that the special assessment imposed by the Court is remitted.

( )   The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

( )   The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss | Restitution Ordered | Priority of Percentage |
|---|---|---|---|
| Clerk, U.S. District Court<br>Attn: Financial Officer<br>Case No.: 03:07-CR-18-ECR-VPC<br>333 Las Vegas Boulevard, South<br>Las Vegas, NV 89101 | | | |
| TOTALS   : | $_____ | $ 91,942.00 | |

Restitution amount ordered pursuant to plea agreement: $ _____

The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    the interest requirement is waived for the:   ( ) fine   ( ) restitution.
    the interest requirement for the:   ( ) fine   ( ) restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

Dated this   2   day of ~~January~~ Feb, 2010

                                               *(signature)*
                                               EDWARD C. REED, JR., SENIOR USDJ

AO 245B (Rev 09/08) Judgment in a Criminal Case
Sheet 6 - Schedule of Payments

DEFENDANT: LACAZE, FRED WILLIAM
CASE NUMBER: 03:07-CR-18-ECR

Judgment - Page 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ( X ) Lump sum payment of $ 100.00 due immediately, balance due
      ( ) not later than _____; or
      ( ) in accordance with ( ) C, ( ) D, or ( ) E below; or

B ( ) Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) E below; or

C ( ) Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ ____ _____ over a period of _____ (e.g. months or years), to _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ( ) Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of __ _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a term is supervision; or

E     Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ( X ) Special instructions regarding the payment of criminal monetary penalties: Defendant shall pay restitution in the amount of $91,942.00, payable at a rate of not less than ten (10) percent of defendant's gross income, subject to adjustment by the Court, based on defendant's ability to pay.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

( ) Joint and Several

      Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

( ) The defendant shall pay the cost of prosecution.

( ) The defendant shall pay the following court cost(s):

( ) The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Dated this 2 day of Feb., 2010   _____
EDWARD C. REED, JR., SENIOR USDJ